# DAVIS & RUBIN

ATTORNEYS AT LAW

ROGER S. DAVIS
JOEL S. RUBIN (1948-1991)

ONE BOWDOIN SQUARE
SUITE 901
BOSTON, MASSACHUSETTS 02114-2919
(617) 742-4300
FACSIMILE (617) 742-4304

April 13, 2004

Clerk's Office
U.S. District Court
1 Courthouse Way
Boston, MA 02110
**Attn: Craig Nicewicz**

Re:  Amresco SBA Holdings, Inc.
Vs:  Madhav B. Patel a/k/a Madhavbhai B. Patel
No:  04-10734-REK

Dear Craig:

To confirm our discussion earlier today, please be advised that I am withdrawing the Notice of Removal which was filed in error in this case. Please transfer this case back to the Middlesex Superior Court accordingly.

Very truly yours,

Roger S. Davis

RSD:cat

cc:  Clerk, Middlesex Superior Court
     Jamie E. Thomas, Esq. (Via facsimile)

PATEL:USDC