UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Amresco SBA Holdings, Inc.,**

    **Plaintiff**                                               **CA04-10734-REK**

    v.

**Madhav B. Patel,**

    **Defendant**

### ORDER OF REMAND
May 5, 2004

In accordance with defendant's voluntary withdrawal of their "Notice of Removal" (docket no. 1, filed 4/15/2004) this case is remanded to Middlesex Superior Court.

/s/Robert E. Keeton
_____

**Robert E. Keeton**
**Senior United States District Judge**